### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MARVIN ALEXANDER, | |
| Plaintiff, | Case No. 1:23-cv-01921 |
| v. | Judge John F. Kness |
| BCI ACRYLIC, INC., | Magistrate Judge Jeffrey Cole |
| Defendant. | |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court has reviewed the parties' Joint Initial Status Report (Dkt. 12), which contains a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Motions to Amend the Pleadings | August 25, 2023 |
| Service of process on any "John Does" | July 25, 2023 |
| Completion of Fact Discovery | December 31, 2023 |
| Disclosure of Plaintiff's Expert Report(s) | January 31, 2024 |
| Deposition of Plaintiff's Expert | March 31, 2024 |
| Disclosure of Defendant's Expert Report(s) | February 29, 2024 |
| Deposition of Defendant's Expert | April 30, 2024 |
| Dispositive Motions | May 31, 2024 |

In addition, the parties' Rule 26(a)(1) Disclosures are due June 30, 2023.

SO ORDERED.

Date: July 21, 2023

                                      JOHN F. KNESS
                                      United States District Judge