# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

MARVIN ALEXANDER,

Plaintiff,

v.

BCI ACRYLIC, INC.,

Defendant.

No. 23-cv-01921
Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff(s)
and against Defendant(s)
in the amount of $,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of Defendant(s) BCI ACRYLIC, INC.
and against Plaintiff(s), MARVIN ALEXANDER, with prejudice.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge John F. Kness presiding, and the jury has rendered a verdict.
☐ tried by Judge John F. Kness without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on Defendant's motion for summary judgment (Dkt. 32).

SO ORDERED in No. 23-cv-01921.

Date: 1/6/2025

JOHN F. KNESS
United States District Judge